# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

USA

vs.

(1) HEINRICH PENNER-FRIESSEN

NO: EP:25-M -05313(1) **MAT**

## WAIVER REGARDING RULE 5 PROCEEDINGS

I, _Heinrich Penner-Friessen_, understand that in the District of _New Mexico_, I have been charged with violating _18 USC §§ 933(a)(1) 933(a)(3) and 933(b)_. I have been taken before a United States Magistrate Judge who has informed me of the charge(s) and my right to: (1) retain counsel or request the appointment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to belive an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO:**

_✓_ Identity hearing

_✓_ Preliminary hearing in El Paso, but I want a preliminary hearing in the prosecuting district

_____ Detention hearing

_✓_ Detention hearing in El Paso, but I want a detention hearing in the prosecuting district

_9/23-2025_
**Date**

_[signature]_
**Defendant**

_[signature]_
**Defense Counsel**